UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BEE'S AUTO, INC., a Florida corporation,

    Plaintiff,

v.                                      Case No.  5:11-cv-525-Oc-10TBS

CITY OF CLERMONT,

    Defendant.

## ORDER

Pending before the Court is the parties' Joint Motion to Appoint Magistrate Judge Spaulding As Mediator.  (Doc. 15).  The parties request that the Court enter an order appointing The Honorable Karla R. Spaulding, United States Magistrate Judge as mediator and scheduling the mediation to be held on January 12, 2012.

The parties' Motion (Doc. 15) is GRANTED to the extent that Judge Spaulding is appointed to serve as mediator in this action with the mediation to be completed by NOVEMBER 16, 2012.[1]  However, Judge Spaulding is unavailable to mediate this matter on January 12, 2012; and thus, the parties are directed to coordinate a date and time for mediation with Judge Spaulding's courtroom deputy clerk, Edward Jackson at (407) 835-5809.

DONE AND ORDERED in Ocala, Florida, on December 30, 2011.

---

[1] This is the date agreed upon by the parties in their Case Management Report (Doc. 9).

Copies furnished to:

THOMAS B. SMITH
United States Magistrate Judge

The Honorable Karla R. Spaulding
United States Magistrate Judge

Counsel of record

Edward Jackson