UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BEE'S AUTO, INC., a Florida corporation,

    Plaintiff,

v.                                                Case No. 5:11-cv-525-Oc-10TBS

CITY OF CLERMONT,

    Defendant.
_____

## ORDER

Pending before the Court is the parties' Joint Motion to Extend Time for Expert Disclosure and Discovery Deadline and Request for Expedited Ruling (Doc. 33).

Upon due consideration, the motion is GRANTED as follows:

(1) The deadline for Plaintiff's expert witness disclosure is hereby extended to August 1, 2012;

(2) The deadline for Defendant's expert witness disclosure is hereby extended to August 20, 2012;

(3) The deadline to complete discovery is hereby extended to October 1, 2012; and

(4) No other existing deadlines including, without limitation, the deadline for filing dispositive motions and the pre-trial and trial dates are changed by this Order.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on July 3, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel