**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**BEES AUTO, INC. and WAYNE E.**
**WEATHERBEE, a Florida corporation**

      **Plaintiffs,**

**v.**                                   **Case No:5:11-CV-525-Oc-10PRL**

**CITY OF CLERMONT**

      **Defendant.**
_____/

**ORDER**

Pending before the Court is Defendant's Motion for Relief from Expert Disclosure Deadline with Request for Expedited Ruling. (Doc. 42).   Defendant represents that Plaintiffs have no objection.

On August 3, 2012, Plaintiffs served their initial expert witness disclosure, providing only general information about their expert.   On August 9, 2012, Defendant filed a motion to strike Plaintiffs' expert because their disclosure failed to include any written reports as required by Fed.R.Civ.P. 26(a)(2)(B). (Doc.40). Defendant's motion to strike remains pending. Defendant's deadline for serving its initial expert witness disclosure is August 20, 2012.  Defendant seeks relief from the deadline pending the Court's ruling on its motion to strike.

Upon due consideration, it is **ORDERED:**

1. Defendant's Motion for Relief from Expert Disclosure Deadline with Request for Expedited Ruling (Doc. 42) is **GRANTED.**  Defendant is not required to serve its expert witness disclosure until the Court resolves Defendant's motion to strike (Doc. 40).

2. Plaintiffs shall show cause in writing on or before **August 27, 2012** why Defendant's motion to strike (Doc. 40) should not be granted.

3. The undersigned will conduct a hearing on **all pending motions** on **August 30, 2012** at **10:00 a.m.** in the 1st Floor Courtroom, United States Courthouse, 207 N.W. Second Street, Ocala, Florida 34475.

**DONE** and **ORDERED** in Ocala, Florida on August 20, 2012.

_____

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

2