**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**BEES AUTO, INC. and WAYNE E.
WEATHERBEE, a Florida corporation**

    **Plaintiffs,**

v.                                                                    Case No: 5:11-CV-525-Oc-10PRL

**City of Clermont**

    **Defendant.**

_____/

**ORDER**

On August 30, 2012, the Court held a hearing in this matter on all pending motions. For the reasons set forth on the record at the hearing, which is incorporated by reference, it is hereby **ORDERED**:

1. Plaintiff's Motion for Leave to File Amended Complaint (Doc. 38) is **GRANTED**. The previously filed Amended Complaint (Doc. 27) shall stand as filed. Defendant may file an Amended Answer and Affirmative Defenses by **September 10, 2012**.

2. Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint as to Plaintiff Wayne E. Weatherbee (Doc. 28) is **DENIED** as **MOOT** based on the Court granting Plaintiffs leave to file the Amended Complaint.

3. Defendant's Motion to Strike Plaintiff's Expert Witnesses (Doc. 40) is **DENIED**. On or before **September 10, 2012,** Plaintiffs shall serve expert witness disclosures consistent with the requirements of Fed.R.Civ.P. 26(a)(2)(B). On or before **September 24, 2012**, Defendant shall serve expert witness disclosures.

4. This case is reset on the trial term beginning **February 4, 2013** and the following dates are established:

| | |
|---|---|
| Discovery deadline | October 1, 2012 |
| Dispositive motion deadline | November 6, 2012 |
| Final pretrial conference | January 23, 2013 |

The Clerk should issue an amended case management and scheduling order.

**DONE** and **ORDERED** in Ocala, Florida on August 30, 2012.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Maurya McSheehy